

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RANDALL ALAN WILLIAMS, #N2398                      PLAINTIFF

VS                                CIVIL ACTION NO. 1:15CV137-LG-RHW

JACKSON COUNTY, MISSISSIPPI, et al.                  DEFENDANTS

### AGREED ORDER OF PARTIAL DISMISSAL

THIS CAUSE is before the Court on the Motion to Dismiss filed by Defendant Health Services of South Mississippi, LLC. A hearing was held on October 15, 2015, during which Plaintiff Randall Alan Williams accepted the contentions of Health Services of South Mississippi, LLC, that it did not provide medical care to him in Jackson County, Mississippi, that Health Assurance LLC was the party with the contract to provide services to inmates at the Jackson County Adult Detention Center and has filed an Answer to the Complaint and that the dismissal of Health Services of South Mississippi, LLC will not affect the case as to the remaining defendants. As such, Plaintiff stated he has no objection to the granting of the motion. It is therefore,

**ORDERED AND ADJUDGED:**

1. Health Services of South Mississippi, LLC, served with process as "Health Services, LLC" is **DISMISSED** from this matter with prejudice.

2. This matter shall continue as to all other remaining defendants.

SO ORDERED AND ADJUDGED, this the 29th day of December, 2015.

                                                    CHIEF UNITED STATES DISTRICT JUDGE

Agreed:

_____
RANDALL ALAN WILLIAMS

PREPARED BY:
R. Douglas Vaughn (#99404)
DEUTSCH, KERRIGAN & STILES, L.L.P.
2510 14th Street, Suite 1001
Gulfport, MS  39501
Telephone:  (228) 864-0161
*Attorney for Health Services of South Mississippi, LLC*